**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS PLAISTED,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THE DRESS BARN, INC., and DOES 1–100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:12-CV-01679-ODW (SHx)<br><br>**JUDGMENT FOR DEFENDANT** |

In light of the Court's findings of fact and conclusions of law contained in its January 24, 2013 Order Granting Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that:

1. Plaintiff Alexis Plaisted shall take nothing;
2. Judgment for Defendant The Dress Barn, Inc.; and
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

January 25, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**