| | | |
|---|---|---|
| 2 | MARGARET HART EDWARDS, Bar No. 65699; mhedwards@littler.com<br>ROBERT L. ZALETEL, Bar No. 96262<br>rzaletel@littler.com | The Law Offices of Rhett T, Francisco<br>5350 Top3llga Canyon Boulevard<br>Woodland Hills, CA 91364<br>Tel.: (818) 319-9879<br>Fax: (888) 390-4816 |
| 3 | LISA J.'LIN, Bar No. 260582<br>llin@littler.com | |
| 4 | LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor | Rhett T. Francisco SBN 232749<br>rhett@francisco-law-finn.com |
| 5 | San Francisco, CA 94108.2693<br>Telephone: 415.433.1940 | rhettJrancisco_law@yahoo.com |
| 6 | Facstmile: 415.399.8490 | Law Office of Andrew J. Sokolowski<br>21250 Hawthorne BlvdSuite 500 |
| 7 | Attome_fdr Defendant<br>THE DRESS BARN, INC. | Torrance;. California 90;,03<br>Tel.: (31u) 210-5610 |
| 8 | | Fax: (866) 489-0330 |
| 9 | | Andrew J. Sokolowski SBN 226685<br>soksesq@att.net |
| 10 | | |
| 11 | | Att.omeys for Plaintiff<br>ALEXIS PLAISTED |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | ALEXIS PLAISTED, an individual; on behalf of herself, and on behalf of ah others similarly situated;, | CASE NO. CV 12·01679 ODW (SHx) |
| 16 | | ORDER GRANTING STIPULATION AND REQUEST TO STAY PROCEEDINGS ON DEFENDANT'S COST BILL PENDING COURT APPROVAL OF SETTLEMENT |
| 17 | Plaintiff, | |
| 18 | vs. | |
| 19 | THE DRESS BARN, INC.; and DOES 1-100, inclusive, | |
| 20 | | Complaint filed January 25, 2012 |
| 21 | Defendants. | Cost Bill Hearing by Clerk<br>February 28 2013<br>Time: 10:00 a.m. |



CASE NO. CV 12-01679 ODW (SHx)
Firmwide:118599SSS.I 050860.1037

ORDER RE STIP & REQUEST TO STAY PROCEEDINGS

1. Based on the Stipulation of the parties that they have reached a class settlement of this case, subject to Court approval, and good cause appearing therefor,

2. IT IS HEREBY ORDERED that the Clerk take the hearing on Defendant's cost bill scheduled for February 28, 2013 off calendar, and take no further action on Defendant's cost bill, unless notice is served by Defendant that the case has failed to settle, or the Court denies approval of the class settlement at which time the hearing on the cost bill will be re-noticed by Defendant.

DATED: February 26, 2013

_____
OTIS D. WRIGHT, II
DISTRICT COURT JUDGE

CC: BILL OF COSTS

415.433.19«1

CASE NO. CV 12-01679 ODW (SHx)
Fimlwide:ll8599SSS.I  050860.1037