FILED

UNITED STATES COURT OF APPEALS

MAR 07 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXIS PLAISTED, an individual; et al., | No. 13-55316 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-01679-ODW-SH |
| v. | Central District of California, Los Angeles |
| DRESS BARN, INC., | |
| Defendant - Appellee. | ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/7/13

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CR____ DEPUTY

The parties' joint motion to stay appellate proceedings is granted.

This appeal is stayed until July 23, 2013. On or before the expiration of the stay, the appellant shall designate and order the transcripts, or file a status report and a motion for appropriate relief.

If the appellant designates the transcripts, the court reporter(s) shall file the transcripts with the district court on or before October 21, 2013. Appellant's counsel shall provide the appropriate court reporter(s) with a copy of this order.

The opening brief shall then be due December 2, 2013. The answering brief shall be due January 2, 2014, and the reply brief shall be due within 14 days after service of the answering brief.

Failure to file a status report shall terminate the stay.

For the Court:

MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb, Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

03.04.13/cag/Pro Mo