RHETT T. FRANCISCO (SBN 232749)
rhett_francisco_law@yahoo.com
The Law Offices of Rhett T. Francisco
5350 Topanga Canyon Boulevard
Woodland Hills, CA  91364
Tel.: 818.319.9879
Fax: 888.390.4816

PAWEL R. SASIK (SBN 240672)
PawelSasik@gmail.com
THE LAW OFFICES OF PAWEL R. SASIK
5350 Topanga Canyon Boulevard
Woodland Hills, California 91364
Tel.: 310.571.5206
Fax: 888.390.4816

ANDREW J. SOKOLOWSKI (SBN 226685)
SoksEsq@att.net
THE LAW OFFICE OF ANDREW J. SOKOLOWSKI
21250 Hawthorne Boulevard, Suite 500
Torrance, California 90503
Tel.: 310.210.5610
Fax: 866.489.0330

Attorneys for Plaintiffs

MARGARET HART EDWARDS (SBN 65699)
mhedwards@littler.com
ROBERT L. ZALETEL (SBN 96262)
rzaletel@littler.com
LISA J. LIN (SBN 260582)
llin@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
THE DRESS BARN, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT

| | |
|---|---|
| ALEXIS PLAISTED, an individual; on behalf of herself, and on behalf of all others similarly situated;, <br><br>Plaintiff, <br><br>vs. <br><br>THE DRESS BARN, INC.; and DOES 1-100, inclusive, <br><br>Defendants. <br><br><br>PATRICIA TAYLOR, an individual; LINDA REAVIS, an individual; PAUL LAFAVE, an individual; on behalf of themselves and on behalf of all others similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>THE DRESS BARN, INC.; and DOES 1-100, inclusive, <br><br>Defendants. | Case No.: CV 12-01679 ODW (SHx) <br> Case No.: CV 12-10451 ODW (SHx) <br><br>Assigned to <br> The Honorable Otis D. Wright II <br><br>**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF PAGA SETTLEMENT** <br><br>Date: April 22, 2013 <br> Time: 1:30 p.m. <br> Place: Courtroom 11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on April 22, 2013 at 1:30 p.m., before the Honorable Otis D. Wright II in Courtroom 11 of the United States District Court for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Plaintiffs (1) Patricia Taylor, Linda Reavis, and Paula LaFave in the case entitled *Taylor et al. v. The Dress Barn, Inc.*, Case No. CV 12-10451 ODW (SHx) and (2) Alexis Plaisted in the case entitled *Plaisted v. The Dress Barn, Inc.*, Case No. CV 12-01679, and (3) Defendant The Dress Barn, Inc. will and hereby do the Court for an Order:

A. Preliminarily approving the proposed Class Settlement in this case;

B. Directing that notice be sent to the settlement class members;

C. Setting a schedule for Final Approval of the Class Settlement; and

D. Approving the proposed settlement of Plaintiff Plaisted's Private Attorneys General Act claims.

The motion will be based on this Notice of Motion and Joint Motion, the concurrently filed Points and Authorities, the Declaration of Andrew J. Sokolowski and attached exhibits, the argument of counsel and upon such other material contained in the file and pleading in the *Taylor* and *Plaisted* Actions.

Date: March 25, 2013

RESPECTFULLY SUBMITTED
**THE LAW OFFICES OF RHETT T. FRANCISCO**
**THE LAW OFFICES OF PAWEL R. SASIK**
**THE LAW OFFICE OF ANDREW J. SOKOLOWSKI**

By:  /s/ Andrew J. Sokolowski
RHETT T. FRANCISCO
PAWEL R. SASIK
ANDREW J. SOKOLOWSKI
ATTORNEYS FOR PLAINTIFFS

| | | |
|---|---|---|
| 1 | Date: March 25, 2013 | **LITTLER MENDELSOHN, P.C.** |
| 2 | | |
| 3 | | By: /s/ Margaret Hart Edwards |
| | | MARGARET HART EDWARDS |
| 4 | | ROBERT L. ZALETEL |
| 5 | | LISA J. LIN |
| | | ATTORNEYS FOR DEFENDANT |